UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| WILLIAM HOGAN,                              )<br>                                                         )<br>                    Plaintiff,          )<br>        vs.                                          )        No. 1:07-cv-485-SEB-TAB<br>                                                         )<br>FEDERAL BUREAU OF PRISONS,   )<br>                                                         )<br>                    Defendant.       ) | |

# E N T R Y

This cause is **dismissed** for failure to prosecute, a disposition based on the plaintiff's failure to pay the initial filing fee, as directed in the Entry of June 1, 2007.

Judgment dismissing this action without prejudice shall now issue.

**IT IS SO ORDERED.**


Date:  06/25/2007

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana