UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| WILLIAM HOGAN,<br><br>     Plaintiff,<br><br> vs.<br><br>FEDERAL BUREAU OF PRISONS,<br><br>     Defendant. | No. 1:07-cv-485-SEB-TAB |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS NOW ADJUDGED** that this cause of action is **dismissed without prejudice.**

Date: 06/25/2007

                 _Sarah Evans Barker_
                 SARAH EVANS BARKER, JUDGE
                 United States District Court
                 Southern District of Indiana

Distribution:

William Hogan
#14483-026
Terre Haute - USP
P.O. Box 12015
Terre Haute, IN 47801